UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

BENEDICT ROTUNDO, JR.,

                              Plaintiff,

              vs                                          6:09-CV-1262

VILLAGE OF YORKVILLE, NEW YORK; and
BRUNO A. PETRUCCIONE, in His Individual
Capacity as Mayor of the Village of Yorkville,
New York,

                              Defendants.

~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

APPEARANCES:                              OF COUNSEL:

A.J. BOSMAN, ESQ.
Attorney for Plaintiff
6599 Martin Street
Rome, New York 13440

CARTER, CONBOY, CASE,
   BLACKMORE, MALONEY & LAIRD, P.C.      MICHAEL J. MURPHY, ESQ.
Attorneys for Defendants
20 Corporate Woods Boulevard
Albany, New York 12211

DAVID N. HURD
United States District Judge

# O R D E R

Plaintiff has moved by Order to Show Cause seeking a preliminary injunction for

reinstatement as a police officer for the defendant Village of Yorkville.  Defendants

oppose.

Oral argument was heard on December 4, 2009, in Utica, New York.  A decision

from the bench was made denying reinstatement at this time because plaintiff failed to

demonstrate the absolute requirement that he will suffer irreparable harm if a preliminary injunction is not granted.

Therefore, it is

ORDERED, that the Order to Show Cause for a preliminary injunction is DENIED.

IT IS SO ORDERED.

_____
United States District Judge

Dated:   December 4, 2009
         Utica, New York.